NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                           Registered Mail #RB 098 016 223 US

UNDER RESERVE



Charles-Paul: nordquist, Secured Party
Third Judicial District
The State of Alaska
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

NOTICE OF INTERNATIONAL COMMERCIAL
CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY
CERTIFICATE AND NOTICE OF NONE RESPONSE
28 U.S.C. §1333 and §1337

RECEIVED
JUN 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FILE # CPN03242005

Date: April 14, 2005

Libellant:    Charles-Paul: Nordquist, Creditor Secured Party,
              C/o Ty Warren Azeltine, Notary Acceptor
              4941 Laurel Street Unit B
              Anchorage [99507] Alaska

3:06-mc-00024 JWS

Libellee: JUDITH E. SULLIVAN
          342 West 11th Avenue
          Anchorage, Alaska 99501

|  |  |  |
|---|---|---|
| | JUDITH E. SULLIVAN | CORPORATION |
| In Care of: | JUDITH E. SULLIVAN<br>342 West 11th Avenue<br>Anchorage, Alaska 99501 | Libellee is additionally subject to <u>postal statutes</u> and the jurisdiction of the Universal Postal Union |

**COMMERCIAL OATH AND VERIFICATION**

The State of Alaska      )
                         )   Commercial Oath and Verification
Third Judicial District  )

NOTARY ACCEPTOR, Ty Warren Azeltine, under her Commercial Oath with unlimited liability, proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of her private first hand knowledge and belief under penalty of International Commercial Law.

1. That the evidence shows that the Libellees named in this administrative remedy were duly served by Registered Mail on and before March 24, 2005 AD.

2. That 10 days to answer concluded on April 4, 2005 AD.

3. That the NOTICE OF FAULT is served on April 5, 2005 AD and 3 day OPPORTUNITY TO CURE commenced on April 5, 2005 AD.

CERTIFICATE AND NOTICE OF NON-RESPONSE Page 1 of 2

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                              Registered Mail #RB 098 016 223 US

4. That the 3 days to cure concluded on April 8, 2005 AD with 3 days allowed for mailing.

5. That the 3 days for mailing commenced on April 8, 2005 AD and concluded on April 11, 2005 AD.

6. That no response to any of the above notices is evidenced by U.S. MAIL and any other private carrier.

7. That the Libellees are now in DEFAULT without recourse and are found in agreement and harmony with the Libellant in this administrative remedy due process.

8. NOTARY ACCEPTOR further sayeth naught.


SUBSCRIBED AND SWORN _____
                     Ty Warren Azeltine, NOTARY ACCEPTOR


The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath this ___16th___ day of ___April___, 2005.


_____
Notary                                            Seal

___11-17-08___
My Commission Expires

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: Nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                                    Registered Mail #RB 098 016 223 US

## AFFIDAVIT OF SERVICE

## CERTIFICATE AND NOTICE OF NONE RESPONSE

State of Alaska            )
                           )  ss.
Third Judicial District    )

I am over 18 years of age and not a party to the within action. My business address is:

Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

On this the _16th_ day of April, 2005, I served the following by Registered Mail:

    1. One (1) copy of Original **CERTIFICATE AND NOTICE OF NONE RESPONSE**, File # CPN03242005, subscribed by Charles-Paul: Nordquist, Agent.

    2. One copy of this Affidavit of Service for each copy of **CERTIFICATE AND NOTICE OF NONE RESPONSE** in a sealed envelope with postage pre-paid, properly addressed to:

Respondent:    JUDITH E. SULLIVAN
                  342 West 11th Avenue
                  Anchorage, Alaska 99501

                  JUDITH E. SULLIVAN            CORPORATION

In care of:    JUDITH E. SULLIVAN
                342 West 11th Avenue
                Anchorage, Alaska 99501    Respondent is additionally subject to postal
                                                      statutes and the jurisdiction of the Universal
                                                      Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this _16th_ day of April, 2005 ".

_____
Ty Warren Azeltine, Notary Acceptor UCC 3-402 (b)(1)

_4-15-08_
My Commission Expires