RECEIVED
JUN 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Registered No. RB133266247US

To Be Completed By Post Office

| Reg. Fee | 7.50 | | |
|---|---|---|---|
| Handling Charge | | Return Receipt | 1.75 |
| Postage | 0.60 | Restricted Delivery | |
| Received by | | | |

Customer Must Declare Full Value $ 0 — With Postal Insurance / [X] Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

NR — OFFICIAL USE

Date Stamp
UNIT ID: 0502
Clerk: KJ696T
04/16/05

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: Charles Paul: nordquist
c/o Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

TO: JUDITH E. SULLIVAN
342 WEST 11TH AVENUE
ANCHORAGE, AK 99501

PS Form 3806, Receipt for Registered Mail — Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

UNITED STATES POSTAL SERVICE

***** WELCOME TO *****
ANCHORAGE MPO - STORE 2
ANCHORAGE, AK 99519-9998
04/16/05 06:36PM

| | | | |
|---|---|---|---|
| Store | USPS | Trans | 95 |
| Wkstn | sys5005 | Cashier | KJ696T |
| Cashier's Name | | MARIA | |
| Stock Unit Id | | WINBETH | |
| PO Phone Number | | 800-275-8777 | |
| USPS # | | 0203150502 | |

1. First Class — 9.85
   Destination: 99501
   Weight: 1.30 oz.
   Postage Type: PVI
   Total Cost: 9.85
   Base Rate: 0.60
   SERVICES
   Registered Mail — 7.50
   RB133266247US
   Rtn Recpt (Green Card) — 1.75
2. First Class — 9.85
   Destination: 99501
   Weight: 1.30 oz.
   Postage Type: PVI
   Total Cost: 9.85
   Base Rate: 0.60
   SERVICES
   Registered Mail — 7.50
   RB133266233US
   Rtn Recpt (Green Card) — 1.75

Subtotal — 19.70
Total — 19.70

Cash — 20.00
Change Due
Cash — 0.30

Number of Items Sold: 2

Thank You
Please come again!
We are always
OPEN !





 USPS - Track & Confirm

UNITED STATES
POSTAL SERVICE

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RB13 3266 247U S**
Status: **Delivered**

Your item was delivered at 1:24 pm on May 05, 2005 in ANCHORAGE, AK 99507. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

Track & Confirm
Enter Label/Receipt Number.
Go >

Restore Offline Details >  Return to USPS.com Home >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do5/18/2006 10:36:04 AM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JUDITH E. SULLIVAN
342 WEST 11TH AVENUE
ANCHORAGE, AK 99501

2. Article Number (Transfer from service label) RB 133 266 247 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540
