NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                     Registered Mail #RB 098 016 223 US



*UNDER RESERVE*

Charles-Paul: nordquist, Secured Party
Third Judicial District
The State of Alaska
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

*WITH THE AUTHORIZED AUTOGRAPH*

## NOTICE OF INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

### FIRST NOTICE OF DEMAND AND SETTLEMENT FOR THE CLOSING OF THE ESCROW

28 U.S.C. §1333 and §1337

FILE # CPN03242005

**RECEIVED**

Date: April 16, 2005   JUN 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Libellant:   Charles-Paul: Nordqusit, Creditor Secured Party,
C/o Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99501] Alaska

Libellee:   JUDITH E. SULLIVAN
342 West 11th Avenue
Anchorage, Alaska 99501

JUDITH E. SULLIVAN                    CORPORATION

In Care of:   JUDITH E. SULLIVAN
342 West 11th Avenue
Anchorage, Alaska 99501     Libellee is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

Libellant is moving pursuant to U.C.C. Article 9 causing his NOTICE OF DEMAND AND SETTLEMENT service upon the Libellees by Registered Mail. This instant action is "within the Admiralty" Ab Initio" pursuant to 28 U.S.C. §1333 and/or § 1337

Libellees are granted three (3) days pursuant to the Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC, exclusive of the day of service and three (3) days for mailing to make full payment of the Sum Certain $2,990,880.00 USD as evidenced in Libellant's Accounting and True Bill.

Libellees are herein served individually and severally in this administrative remedy notice and proceeds in collection, investment or sale of the perfected NEGOTIABLE COLLECTABLE ASSET. The Agreement/Contract, File # CPN03242005., will be recorded on a UCC 1 Financing Statement for the purpose of assignment or sale.

Libellant is exhausting his Administrative Remedies and the Libellees are "ESTOPPED" from ever controverting and arguing "within the Admiralty" in any subsequent Administrative or Judicial process.

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                Registered Mail #RB 098 016 223 US

Collateral Estoppel, Estoppel by Acquiescence and Res Judicata in this matter is taken Administratively. All violations of the Estoppel are deemed a Trespass on the Agreement/Contract.

Libellees violations are deemed a trespass and enlarge the value of the claim by 4 times for compensatory and 200 times for punitive based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue and conversion per party for each violation.

All parties are noticed in the nature of Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the Supplemental Rules of Admiralty that provide where a default exists and is found that a hostile presentment, written or oral is a criminal act. Libellant is provided that within the Supplemental Rules of Admiralty, the Remedy to a hostile presentment criminal, scienter act is to file a Certificate of Exigency with the Clerk of the Court/Warrant officer who is compelled by law to issue warrants for the arrest of any and all offenders.

All responses are required to be served upon the Libellant and the Notary Acceptor at the locations shown and expressly and exactly as shown:

Charles-Paul: nordquist, Creditor Secured Party,
C/o Ty Warren Azeline, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska
Service is required by U.S. Mail Registered on all correspondence at both the Libellant's and the Notary Acceptor's location shown above.

### COMMERCIAL VERIFICATION "WITHIN THE ADMIRALTY" AND OATH

I certify under my unlimited liability Commercial Oath, having first hand knowledge of the facts and competent, that the statements and facts are true, correct, complete and certain. I speak the truth, the whole truth and nothing but the truth, so help me God.

"I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this _16th_ day of _April_, 2005". CHARLES PAUL NORDQUIST, affiant

By _Charles-Paul: nordquist_ agent, U.C.C. 3-402 (b)(1)
    Charles-Paul: nordquist, Secured Party

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                                     Registered Mail #RB 098 016 223 US

## AFFIDAVIT OF SERVICE

### FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

State of Alaska              )
                             ) ss.
Third Judicial District      )

I am over 18 years of age and not a party to the within action. My business address is:

Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

On this the __16Th__ day of April, 2005, I served the following by Registered Mail:

    1. One (1) copy of Original FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW, File # CPN03242005, subscribed by Charles-Paul: Nordquist, Agent.

    2. One copy of this Affidavit of Service for each copy of FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW in a sealed envelope with postage pre-paid, properly addressed to:

Libellee: JUDITH E. SULLIVAN
       342 West 11th Avenue
       Anchorage, Alaska 99501

|              | EQUIFAX                                              | CORPORATION                                                                                      |
|--------------|------------------------------------------------------|--------------------------------------------------------------------------------------------------|
| In care of:  | JUDITH E. SULLIVAN<br>342 West 11th Avenue<br>Anchorage, Alaska 99501 | Libellee is additionally subject to <u>postal statutes</u> and the jurisdiction of the Universal Postal Union. |

"I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __16th__ day of April, 2005 ".

_[signature]_
Ty Warren Azeltine, Notary Acceptor UCC 3-402 (b)(1)

__4-15-08__
My Commission Expires

[Notary Seal: TY WARREN AZELTINE, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires]

FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW - Affidavit of Service

| Registered No. RB133266233US | | Date Stamp |
|---|---|---|
| Reg. Fee 7.50 | | UNIT ID: 0502 |
| Handling Charge | Return Receipt 1.75 | Clerk: KJ696T |
| Postage 0.60 | Restricted Delivery | 04/16/05 |
| Received by [signature] Casanova | | |
| Customer Must Declare Full Value $ | [ ] With Postal Insurance  [X] Without Postal Insurance | Domestic insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |

FROM: Charles-Paul: nordquist
c/o Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

TO: JUDITH E. SULLIVAN
342 WEST 11TH AVENUE
ANCHORAGE, AK 99501

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **RB13 3266 233U S**
Status: **Delivered**

Your item was delivered at 1:24 pm on May 05, 2005 in ANCHORAGE, AK 99507. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )    ( Return to USPS.com Home > )



Track & Confirm
Enter Label/Receipt Number.

Go >

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved.  Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do 5/19/2006 2:38:01 PM

