NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                    Registered Mail #RB 098 016 223 US



*UNDER RESERVE*

Charles-Paul: nordquist, Secured Party
Third Judicial District
The State of Alaska
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

**NOTICE OF INTERNATIONAL COMMERCIAL
CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY**

*WITH THE
AUTHORIZED
AUTOGRAPH*

28 U.S.C. §1333 and §1337

**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT
CERTIFICATE OF DISHONOR**

FILE # CPN03242005

Date: May 12, 2005

**RECEIVED**

**JUN 0 6 2006**

Libellant:     Charles-Paul: nordquist, Creditor Secured Party,
               C/o Ty Warren Azeltine, Notary Acceptor
               4941 Laurel Street Unit B
               Anchorage [99507] Alaska

Libellee: JUDITH E. SULLIVAN
               342 West 11th Avenue
               Anchorage, Alaska 99501

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA**

JUDITH E. SULLIVAN               CORPORATION

In Care of:    JUDITH E. SULLIVAN
               342 West 11th Avenue
               Anchorage, Alaska 99501      Libellee is additionally subject to postal
                                            statutes and the jurisdiction of the Universal
                                            Postal Union

Libellee's failure to respond to the NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE
ADMIRALTY ADMINISTRATIVE REMEDY OF Charles-Paul nordquist, CREDITOR, SECURED PARTY,
has put Libellee in default as witnessed by the Notary Acceptor in the sequence of the following events:

1.  The Libellant served a NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE
    ADMIRALTY ADMINISTRATIVE REMEDY of Charles-Paul: nordquist, CREDITOR, SECURED
    PARTY, upon the Libellee on March 24, 2005 allowing Ten (10) days to respond. Notary Acceptor,
    Ty Warren Azeltine certifies no timely response is made by Libellees.

2.  The Libellant served a NOTICE OF FAULT-OPPORTUNITY TO CURE upon the Libellees allowing
    three (3) days to cure plus three (3) days for mailing. Notary Acceptor, Ty Warren Azeltine certifies
    no timely response is made by Libellees.

3.  The Libellant served a NOTICE OF DEFAULT upon the Libellees on or about April 9, 2005. Notary
    Acceptor, Ty Warren Azeltine certifies no timely response is made by Libellee.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                      Registered Mail #RB 098 016 223 US

4.  On April 16, 2005 the Libellant served a FIRST NOTICE OF DEMAND AND SETTLEMENT FOR
    CLOSING OF THE ESCROW. Notary Acceptor, Ty Warren Azeltine certifies no timely response is
    made by Libellee.

5.  On April 22, 2005 the Libellant served a SECOND NOTICE OF DEMAND AND SETTLEMENT
    FOR CLOSING OF THE ESCROW, NOTICE OF FAULT OPPORTUNITY TO CURE. Notary
    Acceptor, Ty Warren Azeltine, certifies no timely response is made by Libellee.

6.  On April 29, 2005 the Libellant served a CONTRACTUAL AND FINAL NOTICE OF DEMAND
    AND SETTLEMENT FOR CLOSING OF THE ESCROW. Notary Acceptor, Ty Warren Azeltine
    certifies no timely response is made by Libellee.

7.  The Libellee has Dishonored the Notice of International Claim within the Admiralty Administrative
    Remedy of Charles-Paul: Nordquist. This NOTARIAL PROTEST is NON-NEGOTIABLE and NOTICE
    OF ADMINISTRATIVE JUDGMENT and CERTIFICATE OF DISHONOR to which you have
    admitted the statement, claims, and answers to the inquiries by *tacit procuration*. This
    ADMINISTRATIVE JUDGMENT is *stare decisis*, *res judicata* and *collateral estoppel*.

9.  The Libellant appeared before me under oath and has sworn that he has not received a timely response and
    answer, by legal definition or settlement from the Libellee.

10. Charles-Paul: nordquist is HOLDER IN DUE COURSE of this account and the Commercial Matter
    contained therein by operation of law and the debt will be recorded on a UCC 1 Financing Statement
    with the Secretary of State of Alaska

## AFFIDAVIT OF NEGATIVE AVERMENT

As of this date May 12, 2005 the undersigned Notary Acceptor has not received a timely response to the
Libellant's documents from the Libellee or any other agents.

## NOTARIAL PROTEST CERTIFICATE

1.  The HOLDER IN DUE COURSE has recruited the Notary Public, authorized to certify dishonor of
    the Notice of International Commercial Claim within the Admiralty Administrative Remedy
    Agreement/Contract, and to present this ADMINISTRATIVE JUDGMENT BY ESTOPPEL in
    accordance with UCC 3-509.

2.  This Notarized Document is served to the Libellee for demand for payment on May 12, 2005.

3.  This Notarized Document is the official CERTIFICATE OF DISHONOR of the Notice of
    International Commercial Claim within the Admiralty Administrative Remedy Contract File #
    CPN03242005, Registered # RA 098 016 223 US.

The above Affidavit is certified true, correct, complete, and certain, under the penalty of Perjury.

By: _____ Notary Public under court seal in his capacity as

a Notary in good standing with the State of Alaska..

The above named affiant, personally known to me, appeared before me, a Notary, Sworn and under Oath

this ___13th___ day of ___May___, 2005.

Page 2 of 3
NOTARIAL PROTEST and NOTICE of ADMINISTRATIVE JUDGMENT, CERTIFICATE OF DISHONOR

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Pauk nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005

Registered Mail #RB 098 016 223 US

Notary

Seal

My Commission Expires

NOTARIAL PROTEST and NOTICE of ADMINISTRATIVE JUDGMENT, CERTIFICATE OF DISHONOR

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Charles-
Paul: Nordquist, CREDITOR, SECURED PARTY

File # CPN03242005                                    Registered Mail #RB 098 016 223 US

## AFFIDAVIT OF SERVICE

### NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT
### CERTIFICATE OF DISHONOR

State of Alaska              )
                             )        ss.
Third Judicial District      )

I am over 18 years of age and not a party to the within action. My business address is:

Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

On this __13th__ day of __May__, 2005, I served the following by Registered Mail;

1. One (1) copy of Original "**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT AND CERTIFICATE OF DISHONO** File # CPN03242005, subscribed Charles-Paul: Nordquist, Agent.

2. One copy of this Affidavit for each copy of "**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT AND CERTIFICATE OF DISHONOR**" of Service in a sealed envelope with postage pre-paid, properly addressed to:

Respondent:      JUDITH E. SULLIVAN
                 342 West 11th Avenue
                 Anchorage, Alaska 99501


                 JUDITH E. SULLIVAN                    CORPORATION

In care of:      JUDITH E. SULLIVAN
                 342 West 11th Avenue
                 Anchorage, Alaska 99501
                                          Respondent is additionally subject to postal
                                          statutes and the jurisdiction of the Universal
                                          Postal Union.

State of Alaska              )
                             )        ss.
Third Judicial District      )

_Ty Warren Azeltine_
Ty Warren Azeltine, Notary Acceptor UCC 3-402 (b)(1)

_4-15-08_
My Commission Expires





USPS - Track & Confirm

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

| Track & Confirm | FAQs |

# Track & Confirm

## Search Results

Label/Receipt Number: **RB09 8016 245U S**
Status: **Delivered**

Your item was delivered at 1:59 pm on June 30, 2005 in ANCHORAGE, AK 99507. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )       ( Return to USPS.com Home > )



**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

**POSTAL INSPECTORS**    site map    contact us    government services    jobs    **National & Premier Accounts**
**Preserving the Trust**        Copyright © 1999-2004 USPS. All Rights Reserved. **Terms of Use** **Privacy Policy**



U.S. Postage PAID
ANCHORAGE
99501
MAY
AMOUN
**$9.**00036

10566

9261

UNITED STATES
POSTAL SERVICE

United States Postal Service
**REGISTERED MAIL**

Label 200 July 1990    (102/99)-99-M-1904

RB 098 016 245 US

☐ MOVED LEFT NO ADDRESS
☐ FORWARDING ORDER EXPIRED
☐ ATTEMPTED-NOT KNOWN
☐ UNCLAIMED  ☐ REFUSED
☐ NO SUCH STREET
☐ NO SUCH NUMBER
☐ INSUFFICIENT ADDRESS

RETURN/TO SENDER

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>**X** ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>JUDITH E. SULLIVAN<br>342 West 11ᵗʰ Avenue<br>Anchorage, Alaska 99501 | D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)    RB 098 016 245 US | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |