NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN01242005                                    Registered Mail #RB 098 016 223 US



UNDER RESER₁

Charles-Paul: nordquist, Secured Party
Third Judicial District
The State of Alaska
United States of America 1776 AD

with the

Petition for Agreement and Harmony within the admiralty in the Nature of RECEIVED

NOTICE OF INTERNATIONAL COMMERCIAL
CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY         JUN 0 6 2006

28 U.S.C. §1333 and §1337         CLERK, U.S. DISTRICT COURT
                                  ANCHORAGE, ALASKA
NOTICE OF FAULT

FILE # CPC03242005

Date: April 4, 2005

Libellant:   Charles-Paul: nordqusit, Creditor Secured Party,
             C/o Ty Warren Azeltine, Notary Acceptor
             4941 Laurel Street Unit B                    3:06-mc-00024 JWS
             Anchorage [99507] Alaska

Libellee:    JUDITH E. SULLIVAN
             342 West 11th Avenue
             Anchorage, Alaska 99501

             JUDITH E. SULLIVAN                CORPORATION

                                   Libellee is additionally subject to postal
                                   statutes and the jurisdiction of the Universal
                                   Postal Union.


### COMMERCIAL OATH AND VERIFICATION

Third Judicial District   )
                          )   Commercial Oath and Verification
The State of Alaska       )

I, CHARLES PAUL NORDQUIST, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Libellant's knowledge and belief under penalty of International Commercial Law.

<u>CHARLES PAUL NORDQUIST</u>
By: Charles-Paul: nordquist, agent, Libellant, UCC 3-402 (b)(1)

_Charles-Paul: nordquist_
Signature lawful man

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath this ____4th____ day of ____April____, 2005

NOTICE OF FAULT-OPPORTUNITY TO CURE
Page 1 of 3

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN01242005                                  Registered Mail #RB 098 016 223 US

_____                    _4-15-08_____
Notary                                              My Commission expires

## STATEMENT OF FACTS

1. On March 24, 2005, JUDITH E. SULLIVAN received service of Petition for Agreement and Harmony in the Nature of a Notice of International Commercial Claim Administrative Remedy, File # CPN03242005. (See attached copy of United States Postal Service Domestic Receipt: #RB 098 016 223 US).

2. Libellant granted JUDITH E. SULLIVAN ten (10) days to respond, or in the alternative, admit all claims and answers to inquires verified therein.

3. Libellant has received no response from JUDITH E. SULLIVAN.

4. The witness, Ty Warren Azeltine, Notary Acceptor, acknowledges and testifies a non response to mailed Notice of International Commercial Claim Administrative Remedy, File # CPN03242005 dated March 24, 2005.

5. JUDITH E. SULLIVAN is at fault.

6. As an operation of law, JUDITH E. SULLIVAN has admitted to the statements, claims and ANSWERS to inquires verified therein.

7. JUDITH E. SULLIVAN has a duty to make the appropriate changes agreed to and enforce the changes in the referenced documents in the Notice of International Commercial Claim Administrative Remedy, File # CPN03242005.

8. JUDITH E. SULLIVAN is reminded of her Duty of contract, the performance of which is secured by Official Bond or surety, and the duty to take the appropriate actions applicable and referenced at Public Law 42 USC 1986.

## ADMITTED ANSWERS TO INQUIRES

The Administrative Record for Libellant's International Commercial Claim Administrative Remedy, File # CPN03242005, as identified in Statement 1 above, shows that all of the Inquires in said file have been agreed to (Admitted/Acknowledged) by tacit procuration by Libellee's failure/refusal or choice not to respond.

Further Libellant sayeth naught.

## OPPORTUNITY TO CURE

If JUDITH E. SULLIVAN's failure to respond is an oversight, mistake or otherwise unintentional, Libellant grants JUDITH E. SULLIVAN three (3) days, exclusive of the day of receipt, to serve a response to the statements, claims and inquires in the Libellant's amended petition of International Commercial Claim Administrative Remedy, File # CPN03242005,

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN01242005                                          Registered Mail #RB 098 016 223 US

that JUDITH E. SULLIVAN received via Registered mail on March 24, 2005 as evidence by Libellant's assertion of facts in Statement 1 of this document.

Failure to cure will constitute, as an operation of law, the FINAL admission by JUDITH E. SULLIVAN through tacit procuration to the statements, claims and answers to the inquires provided. Said statements, claims and answers to inquires shall be deemed RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL binding on JUDITH E. SULLIVAN.
Based upon JUDITH E. SULLIVAN default to Libellant's amended petition of International Commercial Claim Administrative Remedy, File # CPN03242005, JUDITH E. SULLIVAN may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceedings.

JUDITH E. SULLIVAN's response must be served upon Libellant exactly as provided:

Charles-Paul: nordquist, Creditor Secured Party,
C/o Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

Libellant looks forward to JUDITH E. SULLIVAN's timely response.

Further Libellant sayeth naught.

Given under my hand and seal this the ___4th___ day of the 4th month of 2005 cpn anno Domini.
Prepared and submitted by:

___Charles-Paul: nordquist___
Charles-Paul: nordquist, UCC 3-402 (b)(1)
Libellant

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                              Registered Mail #RB 098 016 223 US

## AFFIDAVIT OF SERVICE

## NOTICE OF FAULT – OPPURTUNITY TO CURE

State of Alaska            )
                           )  ss.
Third Judicial District    )


I am over 18 years of age and not a party to the within action. My business address is:

Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

On this the ___4th___ day of April, 2005, I served the following by Registered Mail:

1. One (1) copy of Original NOTICE OF FAULT – OPPURTUNITY TO CURE, File # CPN03242005, subscribed by Charles-Paul: nordquist, Agent.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF FAULT – OPPORTUNITY TO CURE" in a sealed envelope with postage pre-paid, properly addressed to:


Libellee: JUDITH E. SULLIVAN
          342 West 11th Avenue
          Anchorage, Alaska 99501

          JUDITH E. SULLIVAN                   CORPORATION

In care of:  JUDITH E. SULLIVAN
             342 West 11th Avenue
             Anchorage, Alaska 99501
                                               Libellee is additionally subject to postal
                                               statutes and the jurisdiction of the Universal
                                               Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __4th__ day of April, 2005 ".

_____
Ty Warren Azeltine, Notary Acceptor UCC 3-402 (b)(I)

**RECEIVED**

JUN 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

---

**Registered No.** RR322421051US

| Reg. Fee | 7.50 |
| Handling Charge | |
| Postage | 0.60 |
| Return Receipt | 1.75 |
| Restricted Delivery | |
| Received by | |

**Date Stamp**
UNIT ID: 0507
Clerk: KB1K6R
04/05/05

Customer Must Declare Full Value $ — With Postal Insurance / Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Charles-Paul Nordquist
C/o Ty Warren Ageltone, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

TO: Judith E. Sullivan
342 West 11th Avenue
Anchorage, Alaska 99501

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---



```
***** WELCOME TO *****
     EASTCHESTER STATION
   ANCHORAGE, AK  99520-9998
        04/05/05 04:55PM

Store   USPS         Trans     120
Wkstn   sys5006      Cashier   KB1K6R
Cashier's Name       SHERA
Stock Unit Id        WINSHERA
PO Phone Number      800-275-8777
USPS #               0203150507

 1. First Class                      9.85
    Destination:      99501
    Weight:           1.70 oz.
    Postage Type:     PVI
    Total Cost:       9.85
    Base Rate:        0.60
        SERVICES
    Registered Mail                  7.50
       RR322421051US
    Rtn Recpt (Green Card)           1.75

Subtotal                             9.85
Total                                9.85

Cash                                10.00
Change Due
   Cash                              0.15

Number of Items Sold: 1

            Thank You
         God Bless America
```



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **RR32 2421 051U S**
Status: **Delivered**

Your item was delivered at 1:31 pm on April 23, 2005 in ANCHORAGE, AK 99507. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )   ( Return to USPS.com Home > )



**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

 **POSTAL INSPECTORS**   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

